IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOSHUA COPENHAVER NELSON,

        Plaintiff,

  vs.                                        Civil Action 2:12-cv-1167
                                                Judge Graham
                                                Magistrate Judge King

WANZA JACKSON, *et al.*,

        Defendants.

## INITIAL SCREEN OF THE COMPLAINT

    Having performed the initial screen of the *Complaint*, as required by 28 U.S.C. §§ 1915(e)(2), 1915A, the Court concludes that the action can proceed.

    If plaintiff submits a copy of the *Complaint*, a summons and a Marshal service form for each named defendant, the United States Marshal Service will effect service of process by certified mail. Each defendant may have forty-five (45) days service of process to respond.

    Plaintiff is reminded that the claims against any defendant not served with process within 120 days be dismissed.  *See* Fed. R. Civ. P. 4(m).

                                                            s/Norah McCann King
                                                     Norah M$^c$Cann King
                                             United States Magistrate Judge

DATE: December 19, 2012