IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOSHUA COPENHAVER NELSON,             :
                                       :
    Plaintiff,                         :          Case No. 2:12-cv-1167
                                       :
    v.                                 :          Judge Graham
                                       :
WANZA JACKSON, *et al.*,               :          Magistrate Judge King
                                       :
    Defendants.                        :

ORDER

On March 19, 2013, the United States Magistrate Judge issued an *Order and Report and Recommendation*, Doc. No. 34, recommending that that plaintiff's motion for entry of default, Doc. No. 14, be denied. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. Plaintiff's motion for entry of default, Doc. No. 14, is **DENIED**.

                                        s/ James L Graham
                                        James L. Graham
                                        United States District Judge