IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Joshua Copenhaver Nelson,

    Plaintiff,

  v.                            Case NO. 2:12-cv-1167

Wanza Jackson, et al.,

    Defendants.

ORDER

This matter is before the court for consideration of the report and recommendation of the magistrate judge filed on August 19, 2014 (Doc. 97). Following an extensive discussion of plaintiff's claims, the magistrate judge recommended that the motion for summary judgment filed by Wanza Jackson, Steven Cahill, and William Gallaer (Doc. 92) be granted.

The report and recommendation specifically advised the parties that the failure to object to the report and recommendation within fourteen days "will result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the *Report and Recommendation*." Doc. 97, p. 35. The time period for filing objections to the report and recommendation has expired, and no objections have been filed.

The court has reviewed the report and recommendation, and hereby adopts and affirms the report and recommendation (Doc. 97). Accordingly, the motion for summary judgment filed by defendants Wanza Jackson, Steven Cahill, and William Gallaer (Doc. 92) is granted. The clerk shall enter judgment in favor of the defendants on all of plaintiff's claims in accordance with this order and the

court's order of August 20, 2013 (Doc. 48).

    It is so ordered.

Date: September 18, 2014        <u>      s/James L. Graham     </u>
                                       James L. Graham
                                       United States District Judge